UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

ACE FIRE UNDERWRITERS INSURANCE
COMPANY,

Plaintiff,

v.  Case No. 1:12-cv-01129 KG/RHS

DAVE ROMERO, JR. as Personal Representative
of the Wrongful Death Proceedings of
JOSE A. (Felix) CHAVEZ, Deceased;
ISABEL CHAVEZ, individually,
BRANDON CHAVEZ, individually
LUIS GUTIERREZ, individually, and
TIFFANY FISHER, individually,

Defendants.

_____

DAVE ROMERO, JR. as Personal Representative
of the Wrongful Death Proceedings of
JOSE A. (Felix) CHAVEZ, Deceased;
ISABEL CHAVEZ, individually,
BRANDON CHAVEZ, individually
LUIS GUTIERREZ, individually, and
TIFFANY FISHER, individually,

Defendants/Counter-Plaintiffs,

v.

ACE FIRE UNDERWRITERS INSURANCE
COMPANY,

Plaintiff/Counter-Defendant.

## SUMMARY JUDGMENT IN FAVOR OF PLAINTIFF and DECLARATORY JUDGMENT

Having granted Plaintiff's Cross-Motion for Summary Judgment (Doc. 20) and having

denied Defendants' Motion for Summary Judgment (Doc. 7) by a Memorandum Opinion and

Order entered contemporaneously with this Summary Judgment in Favor of Plaintiff and Declaratory Judgment,

    IT IS ORDERED that

    1.  summary judgment is entered in Plaintiff's favor on its declaratory judgment lawsuit; and

    2. Defendants' Counterclaim (Doc. 11) is dismissed with prejudice;

    AND IT IS DECLARED that the total amount of liability coverage applicable under Policy No. CA-188726 is $1,000,000 per accident regardless of the number of covered "autos" involved in the accident.

_____
UNITED STATES DISTRICT JUDGE