UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

ACE FIRE UNDERWRITERS INSURANCE
COMPANY,

Plaintiff,

v.                                                                    Case No. 1:12-cv-01129 KG/RHS

DAVE ROMERO, JR. as Personal Representative
of the Wrongful Death Proceedings of
JOSE A. (Felix) CHAVEZ, Deceased;
ISABEL CHAVEZ, individually,
BRANDON CHAVEZ, individually
LUIS GUTIERREZ, individually, and
TIFFANY FISHER, individually,

Defendants.
_____

DAVE ROMERO, JR. as Personal Representative
of the Wrongful Death Proceedings of
JOSE A. (Felix) CHAVEZ, Deceased;
ISABEL CHAVEZ, individually,
BRANDON CHAVEZ, individually
LUIS GUTIERREZ, individually, and
TIFFANY FISHER, individually,

Defendants/Counter-Plaintiffs,
v.

ACE FIRE UNDERWRITERS INSURANCE
COMPANY,

Plaintiff/Counter-Defendant.

## SUMMARY JUDGMENT IN FAVOR OF DEFENDANTS and DECLARATORY JUDGMENT

Having granted Defendants' Motion to Reconsider (Doc. 31) by a Memorandum Opinion

and Order entered contemporaneously with this Summary Judgment in Favor of Defendants and

Declaratory Judgment,

IT IS ORDERED that summary judgment is entered in Defendants' favor;

AND IT IS DECLARED that

1. the total amount of liability coverage applicable under Policy No. CA-188726 (the Policy) is $1,000,000 per covered "auto" involved in an accident;

2. the Finney Farms tractor and the Finney Farms trailer are covered "autos" under the Policy;

3. the Finney Farms tractor and the Finney Farms trailer both were involved in the March 24, 2011, accident that killed Jose A. (Felix) Chavez; and

4. Plaintiff's liability coverage limit under the Policy for the March 24, 2011, accident, therefore, is $2,000,000.

_____
UNITED STATES DISTRICT JUDGE