UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| ACE FIRE UNDERWRITERS INSURANCE COMPANY,<br><br>                Plaintiff,<br>vs.<br><br>DAVE ROMERO, JR. as Personal Representative of the Wrongful Death Proceedings of JOSE A. (Felix) CHAVEZ, Deceased; ISABEL CHAVEZ, individually, BRANDON CHAVEZ, individually LUIS GUTIERREZ, individually, and TIFFANY FISHER, individually,<br><br>                Defendants.<br><br>_____<br><br>DAVE ROMERO, JR. as Personal Representative of the Wrongful Death Proceedings of JOSE A. (Felix) CHAVEZ, Deceased; ISABEL CHAVEZ, individually, BRANDON CHAVEZ, individually LUIS GUTIERREZ, individually, and TIFFANY FISHER, individually,<br><br>                Defendants/Counter-Plaintiffs,<br>vs.<br><br>ACE FIRE UNDERWRITERS INSURANCE COMPANY,<br><br>                Plaintiff/Counter-Defendant. | Case No. 1:12-cv-01129-KG-RHS |

**ORDER**

This matter coming before the Court on the Stipulation and Waiver of Supersedeas Bond Requirement, and good cause appearing.

IT IS HEREBY ORDERED,

    1.    That this obligation to post a Supersedeas Bond is hereby waived.

4814-7934-4155.1

IT IS SO ORDERED, this __10th__ day of __June__, 2014

_____
UNITED STATES DISTRICT JUDGE